UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONNELL MITCHELL, | ) | Case No.: 1:07 CV 2136 |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| CLEVELAND POLICE DEPARTMENT, | ) | |
| Defendant | ) | JUDGMENT ENTRY |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, this action is dismissed pursuant to 28 U.S.C. § 1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 18, 2007